NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AGA MEDICAL CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**W.L. GORE & ASSOCIATES, INC.,**
*Defendant-Appellee.*

---

2013-1583

---

Appeal from the United States District Court for the District of Minnesota in No. 10-CV-3734, Judge Joan N. Ericksen.

---

**JUDGMENT**

---

J. DEREK VANDENBURGH, Carlson, Caspers, Vandenburgh, Lindquist and Schuman, P.A., of Minneapolis, Minnesota, argued for plaintiff-appellant. With him on the brief were ALAN G. CARLSON and TARA C. NORGARD. Of counsel on the brief were GREGORY G. GARRE, MAXIMILIAN A. GRANT, MATTHEW J. MOORE, and GABRIEL K. BELL, Latham & Watkins LLP of Washington, DC; and R.J. ZAYED, Dorsey & Whitney, LLP, of Minneapolis, Minnesota.

JAMES W. PORADEK, Faegre Baker Daniels LLP, of Minneapolis, Minnesota, argued for defendant-appellee. With him on the brief were KATHERINE S. RAZAVI; and JARED B. BRIANT and LESLIE B. PRILL, of Denver, Colorado. Of counsel were KEVIN P. WAGNER, of Minneapolis, Minnesota, and NINA Y. WANG, of Denver, Colorado.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 9, 2014 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |